UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

SALMAN PODDUBNOV,

               Petitioner,

               v.

FERETI SEMAIA, et al,

               Respondents.

Case No. 5:26-cv-01175-MRA-DTB

**STIPULATED ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241**

In accordance with the stipulation between the parties, the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Docket No. 1) is granted with judgment to be entered consistent with the reasons and findings set forth in the Petitioner's Ex Parte Motion for a Temporary Restraining Order granted by the District Court (Docket No. 11) on March 23, 2026.

Dated: May 12, 2026

_____
HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

1