**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SALMAN PODDUBNOV, | Case No. 5:26-cv-01175-MRA-DTB |
| Petitioner, | **JUDGMENT** |
| v. | |
| FERETI SEMAIA, et al, | |
| Respondents. | |

Pursuant to the Stipulated Order Granting Petition and Entry of Judgment,

**IT IS ADJUDGED** that the Petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in Petitioner's Ex Parte Motion for a Temporary Restraining Order granted by the District Court (Docket No. 11) on March 23, 2026.

Dated: May 12, 2026

_____
HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

1